1  HARBAUGH LAW, PC
   Craig Harbaugh (SBN 194309)
2  Email: craig@harbaugh.law
   360 East Second Street, Suite 800
3  Los Angeles, California 90012
   Telephone: (213) 986-8656
4
   HANUSZ LAW, PC
5  John Hanusz (SBN 277367)
   Email: john@hanuszlaw.com
6  553 South Marengo Avenue
   Pasadena, California 91101
7  Telephone: (213) 204-4200

8  Counsel for Julian Pulido

              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 25-cr-00147-FLA-1 |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT PULIDO'S NOTICE OF WITHDRAWAL OF EMERGENCY EX PARTE APPLICATION TO STAY PROCEEDINGS** |
| JULIAN PULIDO, | |
| Defendant. | |

Defendant Julian Pulido, through counsel of record, Craig Harbaugh and John Hanusz, hereby gives notice of withdrawal of the previously filed Emergency *Ex Parte* Application for Order to Stay Proceedings; Memorandum of Points and Authorities; Declaration of Counsel (ECF No. 52).

Dated: October 9, 2025                Respectfully submitted,

                                      *s/ Craig Harbaugh*
                                      Craig Harbaugh

                                      Counsel for Julian Pulido